# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.                                                    CR. NO.  99-CR-170 (SEC)

CARLOS EMILIO SILVA-GALINDO
Defendant

## ORDER

Because the above named defendant has testified under oath or has otherwise satisfied

this Court that

       (1)   is financially unable to employ counsel,

       (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to

represent the defendant in this case until the same is terminated or a substitute attorney is

appointed.

       BY ORDER OF THE COURT, NUNC PRO TUNC _____

       At San Juan, Puerto Rico, on ____November 30, 2005_____

                         FRANCES RIOS DE MORAN
                              Clerk of the Court

                     By: S/ Gretchen S. Rodriguez
                           Gretchen S. Rodriguez
                           Deputy Clerk