## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: December 6, 2005

HONORABLE JUSTO ARENAS, CHIEF U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 99-0170-02 (SEC)

COURT REPORTER: FTR                     USPO: Damarys Tellado

INTERPRETER: Marie Hernández

================================================================

United States of America              ATTORNEYS : Ernesto López-Soltero

Plaintiff

v.

Carlos Silva-Galindo                  Carlos Vázquez, FPD

Defendant(s)
================================================================

CASE CALLED FOR A REVOCATION HEARING AS TO VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE.

Counsel for defendant informs and clarifies that the defendant is working at a church, one day per week, for which he is paid $125.00 per month.

Upon inquiry of the Court, the probation officer states that she is aware, however, the motion as to violations of conditions of release was filed.

After hearing the parties, the Court finds that the defendant could have made a better effort and indeed get a steady job. Therefore, the Court finds that the defendant has not complied with his conditions of supervised release, and finds there is probable cause to have the supervised release term revoked. A report and recommendation will be issued.

Case to be referred to the District Judge for the setting of a Final Revocation Hearing.

                                        s/Sarah V. Ramón
                                        Sarah V. Ramón, Deputy Clerk