# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
2- CARLOS EMILIO SILVA-GALINDO
Parcelas Sabanetas
#113, 1ro de Mayo St.
Ponce, P.R. 00716-4508
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   3:99-CR-170-02 (SEC)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U. S. Courthouse and Federal Building<br>#150 Carlos Chardón Street<br>Hato Rey, PR 00918 | 4th Floor |
| | Date and Time |
| Before:   Hon. Justo Arenas, Chief Magistrate Judge | December 6, 2005 at 9:00 a.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ✓ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Copy of motion and order attached.

**VIOLATION OF SUPERVISED RELEASE TERM.**

Salvador E. Casellas, U.S. Senior District Judge
Name and Title of Issuing Officer

By: Gretchen S. Rodriguez, Deputy Clerk
Signature of Issuing Officer

November 30, 2005
Date

[signature] 2/12/05

787-593-1761

Certified to be a true & exact copy of the original, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: [signature]  Deputy Clerk
Date: 11/30/05

RECEIVED & FILED
'5 NOV 30 AM 9:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
05 DEC -7 AM 9:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# RETURN OF SERVICE

Service was made by me on:[1]   Date  12-02-05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12-02-05
              Date

Herman Wirshing
Name of United States Marshal

Efrain Cotty-Guads (?)
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.