UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>                                           2 minutes

HONORABLE CAMILLE L. VELEZ-RIVE, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: YELITZA RIVERA-BUONOMO      DATE: 12/29/05

COURT REPORTER: N/A                                     CASE NO: 99-170(SEC)
==================================================================

UNITED STATES OF AMERICA              AUSA MYRIAM FERNANDEZ

Plaintiff

vs.

2-CARLOS EMILIO SILVA-GALINDO
Defendant
==================================================================

## INITIAL APPEARANCE ON ARREST WARRANT

Defendant was brought before Magistrate Judge Velez-Rive by the U.S. Marhsals upon an Arrest Warrant issued by Senior Judge Salvador Casellas for violation to his supervised release conditions.

Defendant was advised that a Show Cause Hearing would be set by Senior Judge Casellas as soon as possible.

Defendant is ordered committed.

                                        S/ Yelitza Rivera-Buonomo
                                              Deputy Clerk