UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2 minutes

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE CAMILLE L. VELEZ-RIVE, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: YELITZA RIVERA-BUONOMO     DATE: 01/17/06

COURT REPORTER: FTR                          CASE NO: 99-171(SEC)

PROBATION OFFICER: MIGUEL ARROYO-DOMENECH
==================================================================

| UNITED STATES OF AMERICA | AUSA MYRIAM FERNANDEZ |
|---|---|
| Plaintiff | |
| vs. | |
| 2- CARLOS SILVA-GALINDO<br>Defendant | AFPD JOANNIE PLAZA |

==================================================================

**<u>CASE CALLED FOR PRELIMINARY HEARING ON SUPERVISED RELEASE:</u>**

AFPD Plaza stated for the record that at this time they were not disputing the allegations contained in the motion filed by Probation Officer Arroyo as to probable cause.

The Court made a finding of probable cause of violation of the conditions of supervised release and referred the matter to Senior Judge Casellas for final revocation hearing.

S/ Yelitza Rivera-Buonomo
Deputy Clerk
