CARLOS EMILIO SILVA GALINDO REG # 15558-069
MDC GUAYNABO - P.O. BOX 2147
SAN JUAN, P.R. 00922-2147

January 18, 2006

RECEIVED AND FILE
2006 JAN 23 PM 3:37
CLERK
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO:  HONORABLE JUDGE SALVADOR E. CASELLAS

REF:  Crim No. 99-170 (SEC)

   I take this opportunity, with all due respect, through this letter the initiative to briefly introduce myself so that you may have a better understanding of who I am.

   My name is **CARLOS E. SILVA GALINDO,** I was released from prison in 2004, eversince I genuinely have tried to change my life in the re-introduction to society.

   This court is in a unique position to evaluate through judgment, all of <u>these letter's from employer's, churches, youths director's of recreation, friends of the community, and family members</u>, that despite my prior unfortunate circumstances, I have formed a social bond to improve my stay in society.

   There is know question that my family is the strength that has carried me through to this point, even though I have made many mistakes to cause them and myself a lot of suffering. My wife has held her vow of marriage and for that I will be for ever grateful. Eversince I came home, I've be come the father, mentor husband and friend that God intended for me.

   There is not a day that has gone bye that I have not reflected and regretted the mistakes I have made.

-2-

Your Honor, soon I will be in front of you, and my destiny will be in your hands. I understand that deciding upon another human being's fate is a difficult job. I just pray that the facts, that I present to you, through these letter's, and everyone who has written them their willingness to present themselves on my behalf to the Court and give testimony, gives you an insight of my life from a different prospective. I pray that you give me the opportunity to go back to my family to be the father, husband, son, brother that I am today.

Thank You for your time and attention and may God Bless You.

Sincerely,

CARLOS EMILIO SILVA GALINDO