CARLOS EMILIO SILVA GALINDO REG # 15558-069
METROPOLITAN DETENTION CENTER GUAYNABO
P.O. BOX 2147 - SAN JUAN , P.R. 00922-2147

January 4, 2006

FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO
ATT: mr. Carlos Vásquez
Assistant Attorney
241 F.D. ROOSEVELT AVENUE
SAN JUAN, PUERTO RICO 00918-2441

Ref: Case #99-170 (SEC)

Greetings, to you and love ones, in this holidays seasons. The purpose of the following is to inform you that I would appreciate you take these steps to prepare ourselves for the revocation hearing with the Honorable Judge Casellas.

1-) I want you to get the records of my probation officers, Ms. Norma Rivera than she was changed to Damaris Tellado.

2-) These records will reflect that other than my good conduct every month I complied with the proper forms and information to my probation officer's.

3-) It will also show that all of the urine analysis done by P.O. all came back negative.

4-) The record will show, copies of letter's that I sent my probation officer, showing places and jobs, that I would go to looking for work.

5-) The record will also reflect that I had a permanent home to reside in.

I would like also for the Honorable Judge, to know that I always was determine to be employed. I recollect an incident that occur with my probation officer Ms. Norma Rivera, she mentions to me about a job Program in San Juan that could assist me to find employment. The only problem she seen, was that I lived in Ponce, in which I indicated to her, this would not be a problem, she indicated that she was going to re-enstate my probation in San Juan, so I could get a job, but then she was changed from my Probation Officer, to Ms. Damaris Tellado, so this topic and discussion never surface again, also I would like the Honorable Judge to know about this other incident, I found a job with a Towing Company EUSEPPI, but my probation officer made me leave this job.

During the following months, I made different attempts, to find employment, every month when I went to see Ms. Damaris Tellado, I verbally would tell her. Since I was having difficulties finding a job, I told Ms. Damaris Tellado, that I was interested in going abroad to Florida, to find work, she told me to put it on a written request, I followed her instructions sending the letter, with address and person, I would reside with in Florida, but she never gave me a respond to such petition. I kept looking for employment until in October 2005, I filled a application with "RELIANTS GENTICS", in Santa Isabel, P.R., and was called for an interview October 26, 2005 and in December 19, 2005, they called me for the job. (They have sent a letter on my behalf).

Also in the Information forms monthly since 2004, I had a part-time job, doing maintence in the Church of Bautista in B.O. Belgica in Ponce, every saturday I would go with my wife. Pastor Mr. Paul Miller was the one who paid me $100. (he has also sent a letter on my behalf).

Another incident that proves how I complied with the instructions of Probation Officer, was when my son Carlos A. Silva Vega was charged with my brother Victor Torres Galindo, by the State of Puerto Rico, by instruction on my P.O. I was never allowed to go to any of the hearings of my son, to give him the support of his father. The Probation Officer went to a hearing of my son to see, If i was there, and I wasn't, but my wife was, and the Probation Officer, spoke with her.

When I was notify that I had to wear an electronic device and have my family allowed their premises, their privacy, be subdue to search and seizure, I felt uncomfortable for my family, I indicated to Ms. Damaris Tellado that why of this change and she replied that it was the Court's decision I spoke to MR. Miguel Angel Domenech Probation Officer, told him I did not agree to wear this electronic device and search & seizure, that I would prefer to know how we could change this decision, No one explained to me why decisions all of a sudden were being charged so I was reluctan to decision. I am not a flight risk or a danger to others or the community, I have done what has been asked of me to do by the P.O. Yes it has been difficult to find a job, but I when I got the present one, this happens. I would sincerely appreciate yours help in this important matter, my family and I have spoken and I have reflected in any bad judgment I have made, I would like to return to my wife and family, so we can all help each other, I am determine to do was is require if permitted.

Thank You Sincerely,

*[signature]*

CARLOS EMILIO SILVA GALINDO.

# Enlace Económico Evangélico

Presentamos aquí en sus comienzos lo que será el *Enlace Económico Evangélico*, un boletín bi-mensual informativo y gratuito que será distribuido entre las iglesias evangélicas del área sur de Puerto Rico. Pretende informar a la familia cristiana de hermano(a)s que [1] proveen algún servicio, [2] venden algún producto o que [3] buscan un empleo. De esta manera los cristianos podremos patrocinar a cristianos.

## SERVICIOS

**AGENTE DE VIAJES** Prepárate para viajar a cualquier parte del mundo. Caroline Moreno, Consultant ID#27798.
Tel. (787)449-3224; (787)847-0176. www.cmtours.net
Iglesia Cristiana Jesucristo Es Mi Sustento, Juana Diaz

**AIRE ACONDICIONADO** *MarinAir*. Venta, instalación, reparación y mantenimiento de sistemas de aire acondicionado.
Tel. (787)385-7111. Propietario: Rubén "Cuso" Mariner
Primera Iglesia Bautista de Yauco

**ELECTRICISTA** Toda clase de trabajos de electricidad.
Tel. (787)647-9153. Propietario: Julio Santos, Lic. 7492
Primera Iglesia Bautista de Yauco

**MÚSICA** para su boda o quinceañero; pistas en su tono vocal; arreglo para una canción de su autoría. Calidad y buen precio.
Tel. (787)298-7921. Danny Guadalupe
Iglesia Cristiana Jesucristo Es Mi Sustento, Juana Diaz

**¡NECESITO COSTURERA!** para seis trajes de damas para una boda en diciembre.
Tel. (787)543-2862; (787)543-1374. Mayra Cruz Morales
Primera Iglesia Bautista de Yauco

**NIÑOS** Cuido de niños y también tutorías.
Tel. (787)856-1305. Nereida Orengo
Primera Iglesia Bautista de Yauco

## PRODUCTOS

**CHOCOLATE** *Caroline's Chocolate*. Dulces, paletas y más.
Tel. (787)602-6114; (787)847-0176. mifortalezaeres.com
Caroline Moreno.
Iglesia Cristiana Jesucristo Es Mi Sustento, Juana Diaz

**PLATA** Venta de plata 925
Tel. (787)538-0407. Millie Tristani Villoch
Primera Iglesia Bautista de Yauco

**ROPA** *Tienda Diva*. Venta de ropa, zapatos, carteras y accesorios. Buscamos vendedoras a consignación.
Tel. (787)267-5083. Propietaria: Brenda Garcia
Primera Iglesia Bautista de Yauco

## SOLICITANDO EMPLEO

Padre de familia con experiencia trabajando en restaurantes de comida rápida y en construcción.
Tel. (787)593-1761 Carlos Silva
Iglesia Bautista Misionera, Bo. Bélgica, Ponce

Me gustaría incluir a usted para que muy pronto muchos hermano(a)s de varias iglesias del área sur puedan enterarse y comprar los productos que usted vende, patrocinar sus servicios, u ofrecerles ese empleo que busca. Es gratis. Promoviendo la economía del Pueblo de Dios, ayudamos a la economía de Puerto Rico. Comuníquese conmigo, Rob Mariner, al (787)312-8989.

*SINCE MARCH 2005   Exh. 1*

*Piense en esto:* **Tú eres la única Biblia que muchas personas van a leer.**

# AgReliant
### GENETICS

December 20, 2005

To whom it may concern:

I certify that Carlos E. Silva with social security number ██████ works as an temporary agricultural field employee for AgReliant ██████ since December-19-2005.

His duties are planting, shoot-bagging, pollinization, harvest, shelling, weeding and etc.

His salary is of $ 5.30 per hour which is paid on a bi-weekly basis.

If you need any additional information please contact me at (787) 845-3951.

Thank you.

Cordially,

*Lucelenia Criado*
Lucelenia Criado
Administrative Assistant Manager

Carretera #538 Km. 0.7 ○ P.O. Box 847 ○ Santa Isabel, Puerto Rico 00757 ○ 787.845.3951 ○ 787.845.4057

# Iglesia Bautista Misionera

4015 Calle Colombia, Ponce PR 00717
Teléfono: (787) 844-8484
Pastor: Elwood W Pfaunmiller

December 21, 2005

US District Court, District of Puerto Rico
Federal Office Building
150 Carlos Chardón Ave
San Juan PR 00918-1741

Attn: USPO Damarys Tellado

I am writing in relation to inquiries made of me by USPO Norma Rivera concerning Carlos Silva.

Carlos' family has attended Iglesia Bautista Misionera, where I am pastor, for several years. Since his release from prison, he has come to services with his family 2 to 3 times each month. He participates in informal discussions in the men's Sunday School class, making insightful comments or asking pertinent questions. Since his return to Ponce, I have noted a significant improvement in this family. Their faces show less stress, and they are much more joyful. Carlos' parole has been of tremendous benefit to him and his family.

While Carlos was still in prison, the church needed a custodian for several hours of work each Saturday morning to prepare the auditorium, bathrooms and grounds for Sunday services. We presented this proposal to Esperanza Vega, wife of Carlos Silva, which she accepted. When Carlos returned to Ponce, he immediately began to assist his wife in the cleaning and has done so consistently until the present day. Though I am not present every Saturday morning, Carlos has been there every time I have passed by. It is my understanding from personal observation, past conversations with Carlos and his family, and the testimony of Efraín González (an elder of our church who frequently stops by the church property) that Carlos helps in the cleaning every Saturday morning with few exceptions. His work has always been extremely satisfactory, and he has regularly asked if there is something more which should be done to make the task more complete. If we had the financial capability to do so, we would gladly offer him a full-time custodial/ maintenance position.

I cannot recall exactly how long Carlos has been helping in the cleaning, but he began to do so immediately upon his return to the island. If I were to guess, I would place that time at just less than year.

I trust this information is of value to you and that you will not hesitate to consult me if I may be of any further help. I do hope this information will be used to help restore Carlos permanently to his family and community.

Sincerely:

Rev. Elwood W. Pfaunmiller

Exh (3)

1 Noviembre 2005

# Ferreteria Vivian
775 calle Caoba STE. #10
Urb. Los Caobos
Ponce P.R. 00716-2610

A quien pueda interesar :

El Sr. Carlos E. Silva Galindo nos solicito trabajo por medio de la entrega de un resume . Entregado personalmente en nuestro negocio , pero ya que no tenemos vacantes disponibles. No podemos aceptar su solicitud de empleo. De necesitar alguna otra información puede comunicarse con nosotros a nuestras oficinas al Tel. (787) 840-0677.

Att.

*[signature]*
Gonzalo Maldonado Gonzalez
Dueño

8 de septiembre de 2005

Sra. Damaris Tellado
Oficial Probatoria
San Juan, Puerto Rico

Estimada señora Tellado:

¡Reciba mis mas sinceros saludos!

La presente de esta es para solicitarle permiso para viajar al Estado de Pensylvania y permanecer allá, por lo menos tres meses. La razón es que aquí en Puerto Rico se me ha hecho imposible conseguir trabajo y quisiera probar suerte en ese Estado.

La dirección donde residiría es la siguiente: **126 St. Queen, Apt. 4A, Lanscaster, P.A 17603**. En esta dirección reside mi hijo mayor, Carlos L. Silva Vega.

Espero me pueda ayudar en esta petición.

Cordialmente,


Carlos E. Silva Galindo

# ESCUELA DE LA COMUNIDAD HEMETERIO COLÓN
## DISTRITO ESCOLAR PONCE II
## PONCE, PUERTO RICO

12 de enero de 2006

A QUIEN PUEDA INTERESAR

Estimados señores:

Por este medio certifico que conozco al señor Carlos Silva, esposo de mi compañera de trabajo, señora Esperanza Vega. Me consta que el tiempo en que ha estado el señor Silva con su esposa Esperanza, ella ha mejorado mucho su salud emocional y física, y todos sus hijos hablan de el con mucho cariño y respeto.

El señor Silva es un hombre trabajador y luchador, desde que llego a Puerto Rico, ha trabajado en su Iglesia y en equipos de pelotas, ha estado llenando solicitudes de trabajo y en entrevista, esto lo se por conversaciones que he tenido con su esposa y por el mismo. Se que es difícil conseguir trabajo, personas que terminan un Bachillerato universitario se le hace difícil, a el se le ha hecho mas cuesta arriba. Me alegre mucho cuando me dijo que le dieron trabajo el 16 de diciembre de 2005, antes de irnos de vacaciones, me entristeció cuando regresemos el 10 de enero de 2006, y me dijo su esposa que lo habían dejado preso, me pareció injusto ya que el se estaba esforzando por conseguir trabajo seguro y cuando lo consiguió toda la familia se sintió contesta y con esperanzas para progresar.

Considero que seria muy positivo para su familia tenerlo de nuevo en su hogar.

Atentamente,

Asunción Rodríguez
Oficinista Mecanógrafo II

arp

A quien pueda interesar:                                    11 de enero de 2006

    Por este medio indico que conozco al Sr. Carlos Silva Galindo esposo de la Sra. Esperanza Vega Ortiz oficinista de la escuela Hemeterio Colón de Ponce. El Sr. Silva ha acudido en varias ocasiones a la oficina para orientarse y solicitar empleo. Ha realizado varias tareas voluntarias en la escuela observándose en él su deseo de superación.

    Recientemente se le hizo una carta de recomendación y logró empleo en el pueblo de Santa Isabel. Tengo conocimiento a través de la Sra. Vega que sus dos hijos varones están trabajando en un hotel de San Juan, Puerto Rico.

Sin otro particular,

*[firma]*

Sr. Radamés Cruz García

Director escolar

**Carlos E. Silva Galindo**
***Parcelas Sabanetas 1ro de mayo #113***
**Ponce, Puerto Rico**
**284-3700 / 844-7732**

**Objetivo:**   Aplicar y compartir mis conocimientos y habilidades con eficacia y dinamismo a fin de que sean de provecho a su empresa.

**Educación:**   Escuela Superior Ponce High, Ponce
Graduación 4to año  Mayo 1991

Escuela Intermedia Ismael Maldonado, Ponce
Graduación 9no Mayo 1982

Escuela Elemental La Ceiba, Ponce
Graduación 6to grado Mayo 1978

**Habilidades:**   Excelentes relaciones interpersonales, Mantenimiento, Deportes (Baseball, Baloncesto, entrenador de Boxeo, ect.)  Construcción, aprendo con ligeresa.

**Experiencias:**   Mayo - Julio 2004
Rest. Café del Rey , Juana Díaz
Posición : Ayudante de Cocina
Supervisor - Sherry Maldonado

Julio 2004 - Mayo 2005
Transporte y Servicios de Grúas Eusseppy
Carretera Real Anón
Posición - Chofer
Supervisor - Silvia González
Tel. 848-8888 / 543-4106

Marzo 1987- Julio 1990
Bravos Swiming Pool
Avenida Boulevard Miguel Pou
Posición - Obrero de construcción de Piscinas
Supervisor - Fernando
Tel. 848-8838

Julio 1982 - Octubre 1986
Restaurant Mc Donald
Ponce, By Pass Frente a Constancia
Posición; Manager

**Referencias:**   Disponibles al ser solicitadas

9 de enero de 2006

A quien pueda interesar:

Yo Osvaldo Vega Ortiz, pertenezco a la iglesia Nuevo Pacto en la Playa de Ponce, y donde tengo un ministerio donde realizamos conciertos cristiano con diferentes artistas de la música sacra. Para lograr los mismos levantamos fondos por medio de un quiosco de lunes a jueves de 7:00 P.m a 8:30 PM Pro-concierto ubicado en la escuela Técnica de electridad donde laboro como Guardia de seguridad.

Como trabajo de Guardia, Carlos Silva nos ayuda con las ventas y la planificaciones de actividades preparando escenografía, tarimas, carpintería como pintor. Carlos es y ha sido de gran ayuda para toda la familia en la iglesia y en las actividades. Para conclusión ha sido mi mano derecha en todo lo que se refiere al Ministerio Derribando Muros para la Gloria de nuestro Dios. Y como he expuesto anteriormente me siento sin la ayuda que Carlos me brindaba y el cual estoy tan agradecido que me impulsa a escribir estas para usted.

Cualquier otra otra información estoy disponible a su atención.

Atentamente,

*Osvaldo Vega*
Osvaldo Vega
Ministerio Derribando Muros
Tel. 313-6717

**IGLESIA BAUTISTA DEL NUEVO PACTO**
Calle Ballena Esq. Taíno
Parcelas Amalia Marín
Playa, Ponce Puerto Rico
Tel.(787)844-8545

January 12, 2006

Federal Court
Guaynabo, Puerto Rico

TO WHOM IT MAY CONCERN

This is to certify that Mr. Carlos Silva Galindo, Social Segurity No. 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, who was receiving the benefit of the probatory program deserves to continue with it because of his meritorious conduct. As pastor of the Iglesia Bautista Del Nuevo Pacto at Playa de Ponce, I'm so grateful to him because of his great help during the last past year.

Hoping your specal attention to this,

Your very truly,

*A. Torres*
Alfonso Torres Acosta, pastor

Fecha: 11 de enero de 2006
Para: A quien pueda interesar
De: Sr. Tomás A. Arroyo

Este documento ofrece la siguiente información:

1- Que conozco al Sr. Carlos Silva Galindo desde hace aproximadamente, desde el 1997, en seguro social 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.

2- Que también conozco a su esposa Esperanza Vega.

3- Que el Sr. Silva lleva ya casi 2 años colaborando con nosotros en las pequeñas ligas y que esta ofreciendo todo su apoyo humano enseñando a nuestros jóvenes, a jugar baseball.

4- Que durante su libertad no ha tenido ningún tipo de problemas con la justicia ni personales, si no todo lo contrario, se ha convertido en todo un líder cívico, y ha estado demostrando su calidad humana, desarrollando a la juventud.

5- Que tengo fé, que el Sr. Silva necesita una oportunidad, para permanecer con nosotros en la Organización de los Cardenales de la liga lipip. de Ponce.

6- Y que dicha información puede ser corroborada con este servidor y que pueden llamar al (939) 579-8460, y poder ofrecerle mayor información acerca del Sr. Silva.

10 de enero de 2006

A quien pueda interesar:

Yo Wilfredo Gaudino Muñiz como Presidente de Barrio y apoderado del Equipo de Softball Bo. Sabanetas por este medio le indico que conozco al Sr. Carlos E. Silva Galindo desde hace muchos años. Le conozco y hago constar que ha sido un buen compañero, vecino, cooperador y de muy buena conducta. Tengo a mi cargo dicho equipo de Softball llamado *Los Nenes* alrededor de 17 años. El cual Carlos Silva es parte integral del equipo. Carlos es una pieza importante dentro del mismo y ha estado participando en el mismo desde mayo 20, 2004 hasta el presente. Carlos, en el equipo siempre se ha desempeñado como un buen líder y ha participado en varios Torneos e intercambios deportivos que hemos realizado.

Como equipo damos fe de esto, que extrañamos la participación de Carlos ahora que comenzarán los torneos e intercambios este nuevo año.

Gracias anticipadas. Cualquier duda o pregunta estamos a su disposición.

Atentamente,

*[firma]*

Wilfredo Gaudino Muñiz
Presidente
Tel. (787) 202-0201

Integrantes del Equipo de SoftBall

*[firmas de los integrantes]*

4 DE ENERO DE 2006

A QUIEN PUEDA INTERESAR:

Yo Esperanza Vega Ortiz, certifico que estoy casada con Carlos Silva Galindo y hago constar por este medio que actualmente llevo una condición de salud llamada Asma Bronquial Crónica y que para efectos de record médicos los cuales están disponibles a su requerimiento en el Hospital Dr. Pila de Ponce.

Durante mis hospitalizaciones y mientras voy a trabajar el Señor Carlos Silva Galindo (mi esposo) se hacia cargo de nuestros hijos en cuanto a todo lo que tuviera que ver con ellos y ya sea en al escuela, citas medicas, deportes, etc. y fue de gran bendición y ayuda para mi ya que mi condición me impide en gran manera de atender los reclamos de la vida de mis hijos.

Como padre y esposo es muy excelente, nunca palideció y se mantuvo firme en su roll. Doy fe de que también buscaba empleo y se le negaba la oportunidad de empleo hasta ahora que gracias a nuestro Dios pudo conseguir en el Pueblo de Santa Isabel para sostener la familia. Su responsabilidad de padre y esposo lo llevo a perfección sin que haya dudas al respecto.

Yo y mis hijos nos sentimos muy orgulloso de el.

Muy respetuosamente,

*Esperanza Vega Ortiz*
Esperanza Vega Ortiz

Estimado(a):

Por medio de esta carta Karla Marie Silva Vega y Karla Ivelisse Silva Vega hijas del Sr. Carlos E. Silva Galindo, queremos informarles que nuestro padre es una persona con ganas de progresar para sacar adelante a nuestra familia. El día a día salía a buscar trabajo tanto en Ponce como en otros pueblos de Puerto Rico y no lo hallaba. Él todos los días de clase nos llevaba, nos buscaba y asistió a las reuniones de padres cuando era necesario a la escuela, ya que mi madre trabaja y no puede hacer muchas de estas cosas. Ahora que comienza un nuevo semestre escolar nos va hacer mucha falta ya que ademas de hacer las cosas antes mencionadas, él nos ayudaba a estudiar y nos aconsejaba, no solo a nosotras tambien a nuestra hermana Karla Enid Silva Ortiz y a nuestras primas y primos. Nosotras sabemos que él ha puesto todo de su parte para conseguir trabajo y lo encontro pero tan pronto lo encontro lo perdio por causa de una injusticia. Queremos a nuestro padre con nosotras.

Att. *[signature]* Karla Marie Silva Vega

Karla Ivelisse Silva Vega

12 enero - 2006

A quién pueda interesar:

Yo María L. Galindo madre de Carlos E. Silva. Certifico que mi hijo ha estado viviendo aquí al lado de mi casa en Parcelas Sabanetas Calle 1 de mayo #113 Ponce. Junto con su esposa e hijos.

Como persona es excelente. Buen hijo, siempre me ayudaba en lo que yo necesitaba. El es una persona sana, nunca ha tenido vicios. Todos los domingo visitaba la iglesia a los servicios bíblicos.

Siempre le ha gustado el deporte. Estaba en un equipo de pelota del Reparto Sabanetas.

Desde que el salió, siempre busco trabajo pero no lo encontro rapido. El hizo las gestiones hasta por fin lo consiguio. En Santa Isabel en el maiz.

Mi hijo merece una oportunidad, ayudenlo a seguir adelante.

atentamente,

María L. Galindo.

10 de enero de 2006

A quien pueda interesar:

Deseo informarles que conozco a Carlos Silva Galindo hace mas de 23 años desde que asitía ala Iglesia desde pequeño. El procede de una familia muy humilde en el Bo. Sabanetas y aceptado por toda su vecindad como un hombre integro, y lo mas lindo de todo que esta lleno de una vida espiritual muy bonita.

Se caso con mi hija Esperanza Vega, Sus hijos son Carlos Luis Silva, Carlos Abraham Silva, Karla Marie Silva, Karla Ivelisse Silva y Karla Enid Silva. Carlos ama mucho a su familia, Mientras estaba con ellos tuvo cuidado de su educación en todos los aspectos.

Por estas cualidades en el, mi esposo y yo nos sentimos orgullosos de nuestro yerno por su disponibilidad de siempre ayudar su familia, en la iglesia aun también a personas que no son de su familia. Somos dos personas mayores y conocemos la integridad de el. Lamentamos mucho que interrumpieran esta felicidad y en plena navidad cuando es el tiempo que todos siempre estábamos juntos.

Echamos de menos a Carlos y pedimos a Dios que todo se resuelva para que el pronto regrese a su casa con todos los suyos. Agradecemos la ayuda que le puedan prestar a Carlos como el se lo merece.

Atentamente,

*Esperanza Ortiz Torres - Suegra*
Esperanza Ortiz Torres