# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: March 3, 2006

COURT REPORTER: Diane BREAZ                   **CRIM. NO. 99-170 (2)(SEC)**

COURT INTERPRETER: Hilda GUTIERREZ

================================================================
                          Attorneys:

UNITED STATES OF AMERICA              AUSA, JENNIFER HERNANDEZ
vs.

**CARLOS SILVA-GALINDO**              FRANCISCO VALCARCEL-FUSTER
U/C 15558-069

================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__ Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON DECEMBER 10, 2001 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 4 months. Supervised Release for a term of 2 years.

                                          *S/ Sulma López-Defilló*
                                            Courtroom Deputy